**Order entered May 22, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-01251-CR**
**No. 05-14-01252-CR**

**LAVANDRA DONTEKA RUSHING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-61901-W, F12-10110-W**

## ORDER

The Court **REINSTATES** the appeal.

On May 18, 2015, we ordered the trial court to make findings why appellant's brief had not been filed. On May 21, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the May 18, 2015 order requiring findings.

We **GRANT** the May 21, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
       JUSTICE